# United States Court of Appeals
## For the First Circuit

---

Nos. 02-1139, 02-1340, 02-1465

LUIS A. ACEVEDO-GARCIA, et al.,

Plaintiffs-Appellees/Cross-Appellants,

v.

ROBERTO VERA MONROIG, Individually and as Mayor of Adjuntas;
MUNICIPALITY OF ADJUNTAS; IRMA M. GONZALEZ DELGADO, Individually
and as Personnel Director of Adjuntas,

Defendants-Appellants/Cross-Appellees.

---

ERRATA

The opinion of this court issued August 21, 2003, should be amended as follows:

On page 12, line 5, replace "regulatory" with "regularity".

On page 51, line 4, replace "plaintiffs" with "defendants".